IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHWEST AIR CONDITIONING, INC., A NEVADA CORPORATION,
                    Appellant,
            vs.
DAVID R. SISK, AN INDIVIDUAL; AND ALISON PAIGE GROSE, AN INDIVIDUAL,
                    Respondents.

No. 69064

**FILED**

NOV 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Timothy C. Williams, District Judge
        Lansford Levitt, Settlement Judge
        Whitehead & Burnett
        Dickinson Wright PLLC
        Eighth District Court Clerk

16-35692